# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Yosef Tesfu Kahsay<br><br>*Defendant(s)* | )<br>)<br>) Case No. 3:25-MJ-00187-WCM<br>)<br>)<br>)<br>) |

## RULE 4.1 - CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 22, 2025 in the county of Mecklenburg in the Western District of North Carolina, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §1253(b) | willful failure to comply with terms of release under supervision |

This criminal complaint is based on these facts:
See Attached Affidavit

☐ Continued on the attached sheet.

/s/ Courtney Roanhorse
*Complainant's signature*

Courtney Roanhorse, Special Agent, HSI
*Printed name and title*

Sworn in accordance with Rule 4.1.

W. Carleton Metcalf
United States Magistrate Judge

*Judge's signature*

Date: 07/11/2025

City and state: Asheville, North Carolina     Honorable W. Carleton Metcalf, United States Magistrate Judge
*Printed name and title*